FILED

02/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0216

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0216

ORIGINAL

| | |
|---|---|
| IN THE MATTER OF THE SUPREME COURT COMMISSION ON TECHNOLOGY | O R D E R |

The terms of Peg Allison, the Honorable Audrey Barger, Representative Kenneth Holmlund, the Honorable Larry Carver, P. Mars Scott, and the Honorable Randal Spaulding on the Montana Supreme Court Commission on Technology have expired. The term of John Mudd will expire on April 1, 2022. The Court thanks each of them for their service to the Commission, to this Court, and to the people of Montana.

IT IS ORDERED that Peg Allison, the Honorable Audrey Barger, Representative Kenneth Holmlund, P. Mars Scott, and the Honorable Randal Spaulding are hereby reappointed to the Commission on Technology for terms expiring on October 31, 2024. John Mudd or his designee is hereby reappointed to the Commission for a term expiring April 1, 2025.

IT IS FURTHER ORDERED that the Honorable Stacey Nerison is hereby appointed to replace the Honorable Larry Carver for a term expiring October 21, 2024.

The Clerk is directed to provide copies of this Order to Peg Allison, the Honorable Audrey Barger, the Honorable Larry Carver, Representative Kenneth Holmlund, the Honorable Stacey Nerison, P. Mars Scott, the Honorable Randal Spaulding, John Mudd, each member of the Commission on Technology, and to the State Bar of Montana.

DATED this 15th day of February, 2022.

FILED

FEB 1 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____
Chief Justice

_(signatures)_

_____

_____

_____

_____

_____

_____
Justices